# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00807-CV

**Kent Schwartz, Appellant**

**v.**

**Brett Schniers, Appellee**

### FROM THE COUNTY COURT AT LAW OF TOM GREEN COUNTY
### NO. 13C047-L, HONORABLE BEN NOLEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue to be filed. The trial court clerk's office has reported that appellant Kent Schwartz has failed to pay or make arrangements to pay for the clerk's record in this appeal. This Court's clerk sent a letter dated February 13, 2014 to counsel for appellant requesting that he make arrangements to pay for the clerk's record and that he file a status report regarding this appeal with this Court. Schwartz was requested to file a response in this Court on or before February 24, 2014 or risk dismissal of his appeal.

February 24, 2014 has passed. The clerk's record has not been filed, and Schwartz has not filed any response in this Court. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   March 13, 2014